PEOPLE, Respondent, v. CALDRELLA, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Proceeding by the People of the State of New York against Dominick Caldrella. J. T. Little, of

New York City, for appellant. R. S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

SCOTT and DOWLING, JJ., dissent.